# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Theresa Nitkowski, | Case No. 2:10-cv-686-WEC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| IC System, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2010, I served Defendant with the foregoing

Notice by depositing a copy of the same in the United States mail addressed as follows:

IC System, Inc.
c/o CT Corporation System
8040 Excelsior Dr., Suite 200
Madison, WI 53717

/s/ Timothy J. Sostrin